A. L. HALL, *Plaintiff in Error,* v. THE STATE OF FLORIDA, *Defendant in Error.*

Division B.

Opinion Filed January 31, 1925.

A Writ of Error to the Circuit Court for Calhoun County; C. L. Wilson, Judge.

*John D. Trammell* and *H. V. McClellan,* for Plaintiff in Error;

*Rivers Buford,* Attorney General, and *J. B. Gaines,* Assistant, for the State.

WHITFIELD, P. J.—This writ of error was taken to a judgment of conviction of murder in the second degree.

The only assignment of error is the denial of a motion for new trial. There is no duly authenticated bill of exceptions in the transcript; and as a motion for new trial can be considered by the appellate court only when it is prop-

erly incorporated in a bill of exceptions, the assignment of error is unavailing. Revell v. State, 85 Fla. 402, 96 South. Rep. 156; Fortner v. State, 87 Fla. 198, 99 South. Rep. 553.

No error appears in the record proper, therefore the judgment should be affirmed. See B. F. Lasseter & Co. v. Zapf, 57 Fla. 89, 48 South. Rep. 749; Carter v. Stockton, 60 Fla. 33, 53 South. Rep. 450; Anderson v. Winer & Whaley, 50 Fla. 177, 39 South. Rep. 31; Bardwell v. State, 49 Fla. 1, 38 South. Rep. 511; Jackson v. State, 84 Fla. 646; 94 South. Rep. 505; Granquist v. State, 86 Fla. 32, 97 South. Rep. 205; Lanier v. Shayne, 86 Fla. 385, 98 South. Rep. 71; DeSoto Holding Co. v. Boyer, 85 Fla. 517, 97 South. Rep. 205.

Affirmed.

WEST AND TERRELL, J. J., concur.

TAYLOR, C. J., AND BROWNE, J., concur in the opinion.